**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SACHIN VIJAY CHHAJED, *et al.*,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | **Case No. 2:26-cv-01132** |
| | : | **Chief Judge Sarah D. Morrison** |
| | : | **Magistrate Judge S. Courter M. Shimeall** |
| **JOSEPH B. EDLOW, *et al.*,** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

For good cause shown, Plaintiffs' unopposed motion for certain Plaintiffs to proceed under a pseudonym a is **GRANTED**. (ECF No. 18.)

This Court has discretion to permit a plaintiff to proceed under a pseudonym. *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004). In determining whether a party ought to be permitted to proceed under a pseudonym, courts should balance the following factors:

> (1) whether the plaintiffs seeking anonymity are suing to challenge governmental activity; (2) whether prosecution of the suit will compel the plaintiffs to disclose information "of the utmost intimacy"; (3) whether the litigation compels plaintiffs to disclose an intention to violate the law, thereby risking criminal prosecution; and (4) whether the plaintiffs are children.

*Id.* at 560). A "court may exercise its discretion to consider other factors that may be relevant in a particular case." *Doe v. Fedex Ground Package Sys., Inc.*, No. 3:21-CV-00395, 2021 WL 5041286, at *5 (M.D. Tenn. Oct. 29, 2021). Further considerations include whether a defendant will be prejudiced, and whether the plaintiff will suffer harm if identified. *Doe v. Whitmer*, No. 1:19-CV-422, 2019 WL 4645686, at *2 (W.D. Mich. July 1, 2019), *report and recommendation adopted*, 2019 WL 4643706 (W.D. Mich. Sept. 24, 2019). In considering the various relevant factors, the guiding principle is whether "a plaintiff's privacy interests substantially outweigh the

presumption of open judicial proceedings." *Porter*, 370 F.3d at 560. The Court addresses the applicable factors in turn.

Here, the factors weigh in favor of permitting certain plaintiffs to proceed by pseudonym. First, Plaintiffs are challenging governmental activity, namely USCIS's delay in adjudication of pending petitions, and they name governmental entities as Defendants. Second, this lawsuit compels Plaintiffs to disclose information of the utmost intimacy because this case concerns sensitive immigration matters, and disclosure of their Plaintiffs' identities could put them at risk to suffer harm. Third, Plaintiffs are only seeking for minor children to proceed anonymously, which weighs heavily in favor of granting. *See Doe*, 370 F.3d at 561 (young children are granted heightened protection); *see also Doe v. Oak Hills Local Sch. Dist.*, No. 1:25-CV-00792, 2026 WL 1169896, at *1 (S.D. Ohio Apr. 30, 2026) ("Courts frequently grant protective orders to minors who challenge governmental conduct." (citation and quotations omitted)). Additionally, because the Government has Plaintiffs' immigration records, and the parties can mitigate concerns regarding Plaintiffs' identities by entering into stipulated protective orders, there is little to no prejudice toward Defendants. Defendants also do not oppose this request. (*See* ECF No. 18, at PAGEID #: 373.)

Thus, on balance, the Court finds that Plaintiffs' privacy interests substantially outweigh the presumption of open judicial proceedings. Accordingly, and for good cause shown, Plaintiffs' request for certain minor Plaintiffs to proceed using their initials is **GRANTED**. (ECF No. 18.) Plaintiffs V.C., H.V.N. H.P.N., N.D.K.V., and G.D.H.V. may proceed by pseudonyms.

Plaintiffs, however, must file with the Court *ex parte* and under seal a Complaint bearing the full legal names of all Plaintiffs **WITHIN FOURTEEN DAYS**. Further, Plaintiffs' counsel shall disclose Plaintiffs' true identity to Defendants' counsel, to the extent they have not already

done so, or it is not otherwise known. Absent a modification of this Order, Defendants' attorneys may disclose Plaintiffs' identities to its attorneys, paralegals, legal assistants, and other legal support staff in connection with their representation of Defendants but may not otherwise disclose Plaintiffs' identities.

**IT IS SO ORDERED.**

*/s/ S. Courter M. Shimeall*
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**